UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **H&R BLOCK EASTERN ENTERPRISES, INC.** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**PATRICIA DAIL, LINDA PARKER,** )<br>**and P&L TAX SERVICE** )<br>)<br>**Defendants.** ) | **CIVIL ACTION NO. 1:05-cv-1262-RBP** |

## MEMORANDUM

The court calls to the attention of the parties the case of *Jute v. Hamilton Sandstrand Corporation* decided by the 2nd Circuit on August 23, 2005.

This 27th of September, 2005.

_____
**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**